# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS HUNTER, | CASE NO. 10cv1990-LAB (WMC) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Pursuant to a joint motion filed by the parties, this case is dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

DATED:  January 18, 2011

_____

**HONORABLE LARRY ALAN BURNS**
United States District Judge